# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Rafael GOMEZ-Anderson,<br><br>Defendant. | Case No.  20MJ9565<br><br>**COMPLAINT FOR VIOLATION OF**<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii) Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about August 8, 2020, within the Southern District of California, defendant Rafael GOMEZ-Anderson, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien,

Froilan SANTIAGO-Rios,

had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

BENNY GALINDO
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 10th day of August, 2020.

HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Rafael GOMEZ-Anderson

## STATEMENT OF FACTS

This complaint is based upon statements in the investigative report by Border Patrol Agent (BPA) J. Swiatkowski that on August 8, 2020, Rafael GOMEZ-Anderson (GOMEZ), a United States Citizen (USC), was arrested near Calexico, California while smuggling one undocumented alien in violation of Title 8, United States Code, Section 1324.

On August 8, 2020, Calexico Station BPAs were conducting line watch operations approximately 25 miles east of Calexico, California. This area of the border region consists of arid desert, and the United States/Mexico International Border is separated by a fence that measures approximately 20 feet tall. Interstate 8 (I-8) is approximately a half mile north of the International Boundary (IB) and runs parallel to it. The All American Canal is a manmade irrigation canal that runs parallel to the IB in this area. Access across the canal is limited to BPAs and Imperial Irrigation District (IID) employees, who cross the canal over bridges that are gated and remain locked at all times. Swimming in the canal is restricted by law. This area is consistently used by smugglers to smuggle illegal aliens and controlled substances into the United States. Once the illegal aliens reached the Interstate, they are normally picked up in vehicles operated by smugglers and transported further into the United States.

At approximately 9:30 p.m., BPA Stephen Swiatkowski was conducting traffic operations at the East Y, when he noticed a dark hatchback vehicle traveling east on Highway 98 and enter I-8 westbound. BPA Swiatkowski kept a visual on the hatchback as he attempted to catch up to it westbound. BPA Swiatkowski observed the hatchback drive at speeds above the posted speed limit.

At approximately 9:39 pm, after approximately five miles, BPA Swiatkowski was able to position his service vehicle behind the hatchback, later identified as a 2010 dark gray Mazda 3 (CA/8SPZ353). As BPA Swiatkowski ran records checks on the Mazda via service radio communications KAK 840 (KAK 840), he noticed that the speeds dropped below the posted speed limit as it began to pull to the shoulder on its own. BPA Swiatkowski activated his emergency lights and siren as he positioned himself behind the Mazda. Immediately after the emergency lights and siren were activated, the Mazda re-entered the I-8 and began to increase speed. BPA Swiatkowski advised via his service radio that the Mazda was failing to yield. BPA Swiatkowski was able to follow the Mazda as it continued west on I-8 for approximately three miles before it took the Highway 115 exit. The Mazda exited onto Highway 115 and quickly turned eastbound onto Evan Hewes Highway (Old 80). The Mazda stopped on Even Hewes approximately 500 yards east of Hwy 115. At this time the Mazda's lights were shut off, as BPA Swiatkowski advised of individuals possibly running out of the Mazda. The occupants however did not run out of the Mazda, and the Mazda again began to travel east on Even Hewes. The Mazda then went

south on Holdridge Road along the Highline Canal. At this time BPA Swiatkowski lost visual of the Mazda on a dirt road south of Holdridge and terminated the pursuit.

At approximately 9:54 p.m., BPA Torabpour was able to locate the Mazda abandoned on the east side of the highline on Holdridge Road with foot sign for a subject running south away from the vehicle. BPA Torabpour followed the foot sign and detained the individual, later identified as GOMEZ. BPA Torabpour identified himself as a United States BPA and began to question GOMEZ as to his citizenship. GOMEZ admitted to BPA Torabpour that he is a United States Citizen (USC) and that he was the driver of the Mazda. BPA Torabpour advised GOMEZ that he was being detained pending a criminal investigation. Record checks on GOMEZ later revealed he had an active no bail felony warrant for a probation violation. GOMEZ was then placed under arrest and transported to the Calexico Border Patrol Station for processing.

At approximately 10:40 p.m., BPAs working line watch operations near Holdridge Road and Highway 98 observed foot sign for an individual who had made an illegal entry into the United States. The BPAs advised that the foot sign lead directly to Highway 98 where they believed the individual was picked up. BPA Torabpour advised that he had discovered fresh foot sign near the area where the Mazda had been abandoned matching the same foot sign near Holdridge Road and Highway 98. BPA Torabpour searched the area and was able to locate one individual hiding behind a thick brush. BPA Torabpour identified himself as a BPA and conducted an interview on the individual, later identified as,

Froilan SANTIAGO-Rios.

BPA Torabpour confirmed that SANTIAGO is an illegal alien that admitted to being inside the Mazda and running out towards a brush in order to avoid detection. SANTIAGO admitted that he had just exited the Mazda, after noticing there were no BPAs nearby. With the new information received from SANTIAGO, BPAs advised GOMEZ that he was arrested for 8 USC 1324 Alien Smuggling.

Material Witness SANTIAGO stated he was going to pay $9,000 United States Dollars to be smuggled into the United States. SANTIAGO stated that he entered the front seat of a grey four door vehicle after waiting at the interstate for approximately one day. SANTIAGO stated that the driver stated in Spanish "I am going to try to lose him" to another person on the phone, once the emergency lights and siren were observed behind them. SANTIAGO stated that the driver was driving very fast and erratic, and as a result, he was scared. SANTIAGO was presented with a six-pack photographic line-up and was able to positively identify the driver of the Mazda as GOMEZ.

The complainant states the names of the Material Witness is as follows:

| **NAME** | **PLACE OF BIRTH** |
|---|---|
| Froilan SANTIAGO-Rios | Mexico |

Further, complainant states that the Material Witness is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that

he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.